IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TRACEY FLETCHER, | : | |
|     Petitioner, | : | |
| | : | |
| v. | : | CIVIL ACTION 16-00589-KD-MU |
| | : | |
| MS. KING, | : | |
|     Respondent. | : | |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendations of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and S.D. Ala. Gen. LR 72(a)(2)(R), and dated December 6, 2017, is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that this action is **DISMISSED** without prejudice pursuant to Rule 41(b) as no other lesser sanction will suffice.

**DONE** and **ORDERED** this the **22nd** day of **December 2017.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**